UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALEX LYLE,

        Plaintiff,

                                                  File No. 2:10-CV-339

v.

                                                  HON. ROBERT HOLMES BELL

WILLIAM WARREN, ET AL.,

        Defendant.

_____/

**MEMORANDUM OPINION AND ORDER**

        Plaintiff's change of address to the Macomb Correctional Facility was officially entered on 11/08/2011. (Dkt. No. 40.). The Magistrate Judge's Report and Recommendation was entered on 2/17/2012, and sent the same day to the Macomb Correctional facility. Also on 2/17/2012, another change of address was filed by Plaintiff, with a his new location being the Saginaw Correctional Facility. (Dkt. No. 42.). On 2/21/2012, another copy of the R&R was sent to Plaintiff at the Saginaw Correctional Facility.

        On 03/09/2012, an order was entered approving and adopting the R&R. (Dkt. No. 44.). Now, citing complications arising from the multiple changes of address, Plaintiff asks the court to re-issue the R&R so that he would be able to file objections in a timely fashion.

        Equities may favor allowing his objections to be filed, however, the court cannot assess the merits of the objections or determine whether the objections warrant reconsideration of the approval and adoption of the R&R without seeing the objections themselves. Accordingly,

**IT IS ORDERED** that Plaintiff may file proposed objections within fourteen days of this order, at which time the court will evaluate Plaintiff's motion for reconsideration.

Dated: June 15, 2012                                          /s/ Robert Holmes Bell
                                                                            ROBERT HOLMES BELL
                                                                            UNITED STATES DISTRICT JUDGE